Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA WEISS, individually, and on behalf of all others similarly situated, | NO. 3:22-cv-00404 |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| NEXTGEN LEADS, LLC, a California company, | |
| Defendant. | |

Plaintiff Melinda Weiss hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 5th day of May, 2022.   Respectfully submitted,

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*